**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BIOPAY, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-025 SLR |
| | ) |
| SOLIDUS NETWORKS, INC. d/b/a PAY BY TOUCH, and INDIVOS CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants Solidus Networks, Inc. d/b/a Pay By Touch and Indivos Corporation, through their undersigned counsel, state that:

(i) Solidus Networks, Inc. d/b/a Pay By Touch does not have any parent corporation;

(ii) Indivos Corporation is a wholly owned subsidiary of Solidus Networks, Inc. d/b/a Pay By Touch; and

(iii) No publicly held corporation owns 10% or more of the stock of Solidus Networks, Inc. d/b/a Pay By Touch or Indivos Corporation.

OF COUNSEL:

W. Joseph Melnik
PEPPER HAMILTON LLP
One Mellon Center
500 Grant Street
50th Floor
Pittsburgh, PA 15219
(412) 454-5000


Dated: April 28, 2005

/s/ M. Duncan Grant
M. Duncan Grant (Del. Bar No. 2994)
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

Attorneys for Defendants
Solidus Networks, Inc. d/b/a Pay By Touch
and Indivos Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2005, I electronically filed the foregoing Rule 7.1 Disclosure Statement with the Clerk of Court using CM/ECF which will send notification of such filing to counsel as set forth below:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter, Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899-0951

and upon the following attorneys for Plaintiff via first class mail, postage prepaid:

James G. Goggin, Esq.
VERRILL DANA, LLP
One Portland Square
Portland, ME 04101

George P. Field, Esq.
VERRILL DANA, LLP
One Boston Place
Suite 2330
Boston, MA 02108

/s/ M. Duncan Grant
M. DUNCAN GRANT (Del Bar No. 2994)