IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOPAY, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-25-SLR |
| v. | ) |
| | ) |
| SOLIDUS NETWORKS, INC. | ) |
| d/b/a PAY BY TOUCH, and | ) |
| INDIVOS CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for IMX, Inc., hereby certifies that true and correct copies of BioPay, LLC's Initial Disclosures Pursuant to Rule 26(a) was caused to be served on May 6, 2005 on the attorneys of record at the following addresses as indicated:

### VIA HAND DELIVERY ON MAY 11, 2001

M. Duncan Grant, Esquire
Pepper Hamilton LLP
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE  19899

### VIA EMAIL DELIVERY ON MAY 6, 2005

W. Joseph Melnik, Esquire
Pepper Hamilton LLP
One Mellon Center
500 Grant Street
50th Floor
Pittsburgh, PA  15219

| | |
|---|---|
| Of Counsel: | POTTER ANDERSON & CORROON LLC |
| James G. Goggin, Esq.<br>VERRILL DANA, LLP<br>One Portland Square<br>PORTLAND, ME 04101<br>(207) 253-4602<br>George P. Field, Esq.<br>VERRILL DANA, LLP<br>One Boston Place<br>Suite 2330<br>Boston, MA 02108<br>(617) 367-0929 | By: _____<br>Richard L. Horwitz (I.D. #2246)<br>David E. Moore (#3983)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br><br>*Attorneys for the Plaintiff* |

Dated: May 11, 2005

PAC/681768v1

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on May 11, 2005, the foregoing document was delivered as indicated to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

**VIA HAND DELIVERY**

M. Duncan Grant, Esquire
Pepper Hamilton LLP
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899

**VIA REGULAR MAIL DELIVERY**

w. Joseph Melnik, Esquire
Pepper Hamilton LLP
One Mellon Center
500 Grant Street
50th Floor
Pittsburgh, PA 15219

_____
Richard L. Horwitz (I.D. # 2246
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
E-mail: rhorwitz@potteranderson.com

681778v1