

**Potter Anderson & Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

May 12, 2005

<u>**By E-File**</u>

The Honorable Sue L. Robinson
United States District Court
   for the District of Delaware
844 N. King Street
Wilmington, DE 19801

       Re:    Biopay, LLC v. Solidus Networks, Inc.
              <u>C.A. No. 05-25-SLR</u>

Dear Judge Robinson:

      In anticipation of the scheduling teleconference on May 16, 2005 at 8:30 a.m., enclosed for Your Honor's review is an agreed upon proposed Scheduling Order, subject to the Court's review and schedule.

                                               Respectfully,

                                               Richard L. Horwitz

RLH:sdl
Enclosure
cc:  M. Duncan Grant, Esquire (with enclosure) – by e-mail
     W. Joseph Melnik, Esquire (with enclosure) – by e-mail
     James Goggin, Esquire (with enclosure) – by e-mail

681911 / 28439