

# Potter
# Anderson
# &Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

May 17, 2005

**By E-File**

The Honorable Sue L. Robinson
United States District Court
  for the District of Delaware
844 N. King Street
Wilmington, DE  19801

   Re: Biopay, LLC v. Solidus Networks, Inc.
     C.A. No. 05-25-SLR

Dear Judge Robinson:

  Enclosed is a revised Scheduling Order for the above-referenced matter. The revised version includes the changes discussed during yesterday's teleconference.

           Respectfully,

           David E. Moore

DEM:sdl
Enclosure
cc: M. Duncan Grant, Esquire (with enclosure and by e-mail)
   W. Joseph Melnik, Esquire (with enclosure and by e-mail)
   James Goggin, Esquire (with enclosure and by e-mail)

682437 / 28439