## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOPAY, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     C.A. No. 05-25-SLR |
| | ) |
| SOLIDUS NETWORKS, INC. | ) |
| d/b/a PAY BY TOUCH, and | ) |
| INDIVOS CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for Biopay, LLC, hereby certifies that true and correct

copies of (1) Plaintiff's First Set of Interrogatories; and (2) Plaintiff's First Set of Document

Requests Propounded Upon Defendants were caused to be served on May 24, 2005 on the

attorneys of record at the following addresses as indicated:

## VIA HAND DELIVERY

M. Duncan Grant
Pepper Hamilton LLP
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE  19899

## VIA FEDERAL EXPRESS

W. Joseph Melnik
Pepper Hamilton LLP
One Mellon Center
500 Grant Street
50th Floor
Pittsburgh, PA  15219

OF COUNSEL:

James G. Goggin, Esq.
VERRILL DANA, LLP
One Portland Square
PORTLAND, ME  04101
(207) 253-4602

George P. Field, Esq.
VERRILL DANA, LLP
One Boston Place
Suite 2330
Boston, MA 02108
(617) 367-0929

Dated:  May 24, 2005


683525

POTTER ANDERSON & CORROON LLP


By:   /s/ Richard L. Horwitz
      Richard L. Horwitz (#2246)
      David E. Moore (#3983)
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, DE 19899-0951
      (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

*Attorneys for the Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on May 24, 2005, the attached

document was hand delivered to the following persons and was electronically filed with

the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the

following and the document is available for viewing and downloading from CM/ECF:

M. Duncan Grant
Pepper Hamilton LLP
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899

I hereby certify that on May 24, 2005, I have Federal Expressed the documents to

the following non-registered participants:

W. Joseph Melnik
Pepper Hamilton LLP
One Mellon Center
500 Grant Street
50th Floor
Pittsburgh, PA 15219

By: _____
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

673890