IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOPAY, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-025 SLR |
| | ) |
| SOLIDUS NETWORKS, INC. d/b/a PAY BY TOUCH, and INDIVOS CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I hereby certify that on June 22, 2005, two copies of Defendants' First Request for the Production of Documents and Things, Nos. 1-66 were served on the following attorneys for Plaintiff in the manner stated for each.

> Richard L. Horwitz, Esq. – Hand Delivery
> David E. Moore, Esq.
> Potter, Anderson & Corroon LLP
> Hercules Plaza
> P.O. Box 951
> Wilmington, DE 19899-0951
>
> James G. Goggin, Esq. – First-Class Mail
> VERRILL DANA, LLP
> One Portland Square
> Portland, ME 04101
>
> George P. Field, Esq. – First-Class Mail
> VERRILL DANA, LLP
> One Boston Place
> Suite 2330
> Boston, MA 02108

I further certify that a copy of this Notice of Service was electronically filed with the Clerk of Court using CM / ECF which will send notification of such filing to Richard L.

PT: #216229 V1 (4M%D01!.DOC)

Horwitz. I further certify that I have mailed this Notice of Service to Messrs. Goggin and Field by first class mail, postage prepaid.

/s/ M. Duncan Grant
M. Duncan Grant (Del. Bar No. 2994)
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

Attorneys for Defendants
Solidus Networks, Inc., d/b/a Pay by Touch and
Indivos Corporation