# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| BIOPAY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-025 SLR |
| | ) | |
| SOLIDUS NETWORKS, INC. d/b/a PAY BY | ) | |
| TOUCH, and INDIVOS CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I hereby certify that on July 14, 2005, copies of Defendants' Response to

Plaintiff's First Set of Document Requests Propounded Upon Defendants were served on the

following attorneys for Plaintiff in the manner stated for each.

> Richard L. Horwitz, Esq. – Hand Delivery
> David E. Moore, Esq.
> Potter, Anderson & Corroon LLP
> Hercules Plaza
> P.O. Box 951
> Wilmington, DE 19899-0951

> James G. Goggin, Esq. – First-Class Mail
> VERRILL DANA, LLP
> One Portland Square
> Portland, ME 04101

> George P. Field, Esq. – First-Class Mail
> VERRILL DANA, LLP
> One Boston Place
> Suite 2330
> Boston, MA 02108

I further certify that a copy of this Notice of Service was electronically filed with

the Clerk of Court using CM / ECF which will send notification of such filing to Richard L.

Horwitz. I further certify that I have mailed this Notice of Service to Messrs. Goggin and Field

PT: #226134 v1 (4¾HS011.DOC)

by first-class mail, postage prepaid.

/s/ M. Duncan Grant
M. Duncan Grant (Del. Bar No. 2994)
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500
Attorneys for Defendants
Solidus Networks, Inc. d/b/a Pay By Touch and
Indivos Corporation