IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIOPAY, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-25-SLR |
| | : | |
| SOLIDUS NETWORKS, INC. d/b/a PAY BY TOUCH, and INDIVOS CORPORATION, | : : : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **29th** day of **July, 2005,**

IT IS ORDERED that the mediation conference scheduled for Wednesday, January 18, 2006 beginning at 9:00 a.m. has been rescheduled to **Wednesday, January 25, 2006 at 10:00 a.m.** Submissions of the parties shall now be due on or before **Friday, January 13, 2006.** All other provisions of the Court's June 27, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE