IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOPAY, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-25-SLR |
| | ) |
| SOLIDUS NETWORKS, INC. | ) |
| d/b/a PAY BY TOUCH, and | ) |
| INDIVOS CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for Biopay, LLC, hereby certifies that true and correct copies of (1) Plaintiff's Answers to Defendant Solidus Networks, Inc. d/b/a/ Pay By Touch's First Set of Interrogatories; and (2) Plaintiff's Responses to Defendant Solidus Networks, Inc. d/b/a/ Pay By Touch's First Request for the Production of Documents and Things, Nos. 1-66 were caused to be served on August 12, 2005 on the attorneys of record at the following addresses as indicated:

**VIA EMAIL**

M. Duncan Grant
Pepper Hamilton LLP
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899

**VIA EMAIL**

W. Joseph Melnik
Pepper Hamilton LLP
One Mellon Center
500 Grant Street
50th Floor
Pittsburgh, PA 15219

2

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| James G. Goggin, Esq.<br>VERRILL DANA, LLP<br>One Portland Square<br>PORTLAND, ME  04101<br>(207) 253-4602 | By: _____<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| George P. Field, Esq.<br>VERRILL DANA, LLP<br>One Boston Place<br>Suite 2330<br>Boston, MA 02108<br>(617) 367-0929 | |
| Dated:  August 15, 2005 | *Attorneys for the Plaintiff* |

694701

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on August 15, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

M. Duncan Grant
Pepper Hamilton LLP
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899

I hereby certify that on August 15, 2005, I have Federal Expressed the documents to the following non-registered participants:

W. Joseph Melnik
Pepper Hamilton LLP
One Mellon Center
500 Grant Street
50th Floor
Pittsburgh, PA 15219

By: _____
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

673890