

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147  Direct Phone
302 658-1192  Fax

October 13, 2005

**VIA ELECTRONIC FILING**
**AND HAND DELIVERY**

The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

    Re:    Biopay, LLC v. Solidus Networks, Inc.
           d/b/a Pay By Touch, and Indivos Corporation

Dear Chief Judge Robinson:

      I am writing on behalf of the parties to notify Your Honor that the discovery conference scheduled for Monday, October 17, 2005 is not needed at this time and can be cancelled. The parties are available at Your Honor's convenience if there are any questions regarding this matter.

                                    Respectfully,

                                    */s\/ David E. Moore*

                                    David E. Moore

RLH/msb
703258

cc:    Clerk of the Court (via hand delivery)
       M. Duncan Grant (via hand delivery)
       W. Joseph Melnik (via facsimile)
       James G. Goggin (via facsimile)
       George P. Field (via facsimile)