Format for Pro Hac Vice Motion (Rev. 1/05)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BIOPAY, LLC,             )
                         )
v.                       )   Civil Action No. 05-25-SLR
                         )
SOLIDUS NETWORKS, INC. d/b/a PAY BY )
TOUCH and INDIVOS CORPORATION

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of ___Raymond A. Miller___ to represent ___Defendants___ in this matter.

Signed: ___/s/ M. Duncan Grant (DE Bar No. 2994)___

(Movant's Name and Delaware State Bar Identification Number)
(Movant's Address) Pepper Hamilton LLP
(Movant's Telephone Number) Hercules Plaza, Suite 5100, 1313 N. Market Street
P.O. Box 1709, Wilmington, DE 19899-1709

Attorney for: ___Defendants___

Date: ___November 1, 2005___

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____        _____
                                    United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of ___OH, PA, Patent___ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: ___October 25, 2005___

(Applicant's Address)
Pepper Hamilton LLP
500 Grant Street, 50th Floor
Pittsburgh, PA 15219
(412) 454-5000