## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2005, I electronically filed the foregoing Motion for Admission Pro Hac Vice of Raymond A. Miller with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter, Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899-0951

James G. Goggin, Esq.
VERRILL DANA, LLP
One Portland Square
Portland, ME 04101

George P. Field, Esq.
VERRILL DANA, LLP
One Boston Place
Suite 2330
Boston, MA 02108

/s/ M. Duncan Grant
M. DUNCAN GRANT (DE Bar No. 2994)