

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

Richard L. Horwitz
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

January 4, 2006

**VIA ELECTRONIC FILING
AND HAND DELIVERY**

Chief Judge Sue L. Robinson
U.S. District Court for the District of Delaware
District of Delaware
844 North King Street
Lock Box 31
Wilmington, DE 19801

Magistrate Judge Mary Pat Thynge
U.S. District Court for the District of Delaware
District of Delaware
844 North King Street
Lock Box 8
Wilmington, DE 19801

Re: Biopay, LLC v. Solidus Networks, Inc.
d/b/a Pay By Touch, and Indivos Corporation, C. A. No. 05-25 (SLR)

Dear Chief Judge Robinson and Magistrate Judge Thynge:

I am writing as counsel for plaintiff and on behalf of the parties to advise the Court that the parties have entered into a business agreement, which they hope will close in the next few weeks, through which defendant Pay By Touch will acquire plaintiff and, as a result, the parties will be in a position to file dismissal papers. We know that we have a mediation scheduled for later this month, and therefore request that the mediation papers and mediation session be postponed, and that the overall case schedule be held in abeyance, subject to review and adjustment in the unlikely event that the contemplated transaction is not completed, and the litigation has to go forward.

Counsel are available at the Court's convenience if there are any questions. Otherwise, we will advise the Court as soon as the contemplated transaction is completed, or other events suggest that an update to the Court would be appropriate.

Respectfully,

/s/ Richard L. Horwitz

Richard L. Horwitz

RLH:jam
cc: Clerk of the Court (via hand delivery)
 M. Duncan Grant (via hand delivery)
 W. Joseph Melnik (via email)
 James G. Goggin (via email)