REPORT ON THE FILING OR DETERMINATION OF AN
ACTION REGARDING A PATENT OR TRADEMARK

TO: Commissioner of Patents and Trademarks
Washington, D.C. 20231

In compliance with 35:290 and/or 15 U.S.C. 1116 you are hereby advised that a court action has been filed on the following patent(s)/trademarks in the U.S. District Court:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| CA 05-0025 | 01/18/05 | District of Delaware |

| PLAINTIFF | DEFENDANT |
|---|---|
| BioPay LLC | Solidus Networks Inc |

| | PATENT/TRADEMARK NO. | DATE OF PATENT/TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,581,042 B2 | 06/17/03 | Indivos Corporation |
| 2 | 6,728,397 B2 | 04/27/04 | Joan Tibor McNeal |

In the above-entitled case, the following patent(s) have been included:

**DATE INCLUDED**   **INCLUDED BY**
[ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading

| | PATENT/TRADEMARK NO. | DATE OF PATENT/TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

**DECISION/JUDGMENT**

Stipulation of Dismissal filed 2/2/06, DI.33, copy attached.

R. Oirpeo 2/21/06

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK | | 01/20/05 |