IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOPAY, LLC,                          )<br>                                       )<br>     Plaintiff                        )<br>                                       )<br>  v.                                   )     C.A. No. 05-25 SLR<br>                                       )<br>SOLIDUS NETWORKS, INC.                 )<br>d/b/a PAY BY TOUCH, and                )<br>INDIVOS CORPORATION,                   )<br>                                       )<br>     Defendants.                       ) | |

### STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by the parties, through their undersigned counsel, that the claims and counterclaims in this action are hereby dismissed without prejudice, each party to bear its own costs.

Dated: February 2, 2006

OF COUNSEL:

W. Joseph Melnik
Raymond A. Miller
PEPPER HAMILTON LLP
One Mellon Center
500 Grant Street
50th Floor
Pittsburgh, PA 15219
(412) 454-5000

/s/ M. Duncan Grant
M. Duncan Grant (Del. Bar No. 2994)
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

*Attorneys for Defendants*
*Solidus Networks, Inc. d/b/a Pay By Touch and*
*Indivos Corporation*

OF COUNSEL:

James G. Goggin
VERRILL DANA, LLP
One Portland Square
Portland, ME 04101

George P. Field
VERRILL DANA, LLP
One Boston Place
Suite 2330
Boston, MA 02108

/s/ Richard L. Horwitz
Richard L. Horwitz (I.D. No. 2246)
David E. Moore (I.D. No. 3983)
POTTER, ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000

*Attorneys for Plaintiff*
*BioPay LLC*